AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

MAR - 7 2015

for the

SOUTHERN
_____

| United States of America | ) | |
|---|---|---|
| v. | ) | Clerk of Court |
| | ) | Case No. M-15-0355-M |
| Francisco GONZALEZ-Martinez (1987) | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____3/6/2015_____ in the county of Hidalgo_____ in the
Southern_____ District of Texas_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC 841 (a)(1) | Possession with Intent to Distribute Marijuana, approximately 97 kilograms, a schedule I controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Anthony Santos, DEA Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____3/7/2015_____

_____
*Judge's signature*

City and state: McAllen, Texas_____

Dorina Ramos, US Magistrate Judge
_____
*Printed name and title*

M-15-0355-M

Attachment I

On March 06, 2015, at approximately 11:05 a.m., United States Border Patrol Agents assigned to Aerostar Alpha 2 observed four individuals traveling north from the Rio Grande River toward Military Highway and Garza St. in La Joya, Texas, carrying large bundles.  Alpha 2 also observed a white colored pickup truck arrive and back up into a brush line area of an open compound south of Military Highway and Garza St.   Shortly thereafter, Alpha 2 further observed a red truck arrive at the location where the white truck had staged along a brush line area located north of the La Joya Sewage Ponds.

Alpha 2 then observed the 4 individuals meet with the driver of the truck later identified as Francisco GONZALEZ-Martinez and began loading the bundles into the cab of the pickup truck, with the assistance of the driver of the red pickup truck. United States Border Patrol ground units were dispatched to the area and arrested GONZALEZ-Martinez standing in the bed of the truck, without incident. A search of the vehicle revealed 19 bundles, weighing approximately 97 kilograms/215 lbs. of marijuana.

At approximately 11:21 a.m., USBP Agents read GONZALEZ-Martinez his Miranda rights at the McAllen Border Patrol Station. GONZALEZ-Martinez admitted to USBP Agents that he was going to transport the narcotics from La Joya, TX to an unknown location in Mission or McAllen, TX. GONZALEZ-Martinez further told the USBP Agents that he was supposed to receive a phone call from an unknown individual who would give him an exact location of where to drop off the loaded truck. Additionally, GONZALEZ-Martinez told agents that he was to receive $3,000.00 USD if he successfully delivered the narcotics.

1